## File Hashes for IP Address 68.33.194.45

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/03/2014 02:02:45 | 95E9942AACDD2E8194F6214633D14175FBC40F1A | From Three to Four Part 2 |
| 05/05/2014 12:05:22 | 4AF9EF376F6AE4A37D4628F31D6E32014792E745 | Brazilian Love Affair |
| 05/03/2014 12:40:06 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 03/01/2014 20:56:06 | 6DABFD31619CDA7D348BCB0DA3D8B2D00D6AD4DA | Just the Three of Us |
| 01/27/2014 01:13:52 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 01/26/2014 16:35:17 | 8E13B1D31DA1BAF795D7DB2A31ABDB02F70B745A | In for the Night |
| 01/26/2014 16:29:06 | 00D2F0AE7DF15534153CA5ABD1D6FF77B827F056 | So Young |
| 01/05/2014 10:46:13 | D842D89D2B6CDBC30C1AD9F18F75B573BAC560D7 | Zeppelin on Fire |
| 12/22/2013 21:18:13 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 12/22/2013 21:13:49 | 3643D69C7473876CAD796A831EC6685B05D89F89 | Fantasy Come True |
| 11/24/2013 04:02:28 | 8BE7F47BDA2A11D0A13B9CE5844C2FCF1708042D | LA Plans |
| 11/24/2013 02:13:38 | 59AB819DE1378BC6DDB715B92ECCF08C0EF6597C | High School Dropouts |
| 11/18/2013 03:33:21 | 6D64481BDA05F43BE6C4A7F94DD9A675867C1A2C | Double Daydreams |
| 08/22/2013 05:06:33 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | Pool Party For Three |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

DC95